IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER DONNELL HYE                                                    PLAINTIFF

VERSUS                                       CIVIL ACTION NO. 1:08-cv-220-HSO-JMR

KEN BROADUS                                                                DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Report and Recommendation [34] of Chief United States Magistrate Judge John M. Roper entered in this cause on August 4, 2009. Pursuant to the Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of October, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE